IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE BADUE,

    Petitioner,               No. CIV S-09-2695 GGH P

    vs.

MEEGAN, et al.,

    Respondent.               ORDER

_____/

        Petitioner is a pretrial detainee in county jail proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 13, 2009, the court entered judgment dismissing the petition as barred by the <u>Younger</u> abstention doctrine because it challenged ongoing state criminal proceedings and petitioner may challenge his detention in the California Court of Appeal. <u>See</u> <u>Younger v. Harris</u>, 401 U.S. 37, 43-54 (1971). On December 7, 2009, petitioner filed a Notice of Appeal (Docket No. 12) and, on December 23, 2009, a motion for transcripts at government expense (Docket No. 13).

        Before petitioner can appeal this court's decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). However, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability

indicating which issues satisfy the required showing, or state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

For the reasons set forth in the undersigned's order filed November 13, 2009 (Docket No. 8), and summarized above, petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability is not warranted and will not be issued.

Petitioner also seeks "free transcripts" of hearings held October 14, 2009, and November 4 and 5, 2009 (state court proceedings), based on his indigency and pursuant to the appeal he seeks.  Rule 24, Federal Rules of Appellate Procedure, authorizes a habeas petitioner to proceed in forma pauperis on appeal if, inter alia, such appeal is taken in good faith.  See Fed. R. App. P. 24(a)(4)(B).  Since there is no ground for appeal in this action, it cannot be said that petitioner's appeal is taken in good faith.  Accordingly, this motion must be denied.  Petitioner should direct his motion to the state court if he still seeks the requested transcripts.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. A certificate of appealability shall not issue in this action; and

2. Petitioner's motion for copies of transcripts at government request (Docket No. 13) is denied.

SO ORDERED.

Dated: January 12, 2010

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　United States Magistrate Judge